

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-26-00019-CV

---

Twin Pines Conservation, LLC, Appellant

v.

Aliceanne Schmidt and Michael Aston Wiles, Appellees

---

On Appeal from the 465th District Court
Bastrop County, Texas
Trial Court No. 465-1114

---

## MEMORANDUM OPINION[1]

This is an interlocutory appeal from the trial court's order granting a temporary injunction. *See* Tex. Civ. Prac. & Rem. Code § 51.014(a)(4). Appellees Aliceanne Schmidt and Michael Aston Wiles filed an unopposed notice that appeal is moot. They attached a final judgment in the underlying case signed by the trial court on May 15, 2026. We construe their notice as a motion to dismiss.

---

[1] This case was transferred pursuant to the Texas Supreme Court's docket equalization efforts. Tex. Gov't Code § 73.001. We follow the precedent of the Third Court of Appeals to the extent it might conflict with our own. *See* Tex. R. App. P. 41.3.

It is well established that if the trial court renders final judgment while an appeal from an order granting or denying a temporary injunction is pending, the interlocutory appeal is rendered moot. *Isuani v. Manske-Sheffield Radiology Group, P.A.*, 802 S.W.2d 235, 236 (Tex. 1991) (per curiam).

Accordingly, we grant Appellee's motion and dismiss this appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a).

MARIA SALAS MENDOZA, Chief Justice

June 16, 2026

Before Salas Mendoza, C.J., Palafox, and Soto, JJ.